UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN BOSHAW,
    Plaintiff,

                                        Case No. 2:15-cv-12356- TLL-PTM
-vs.-                              Hon. Thomas L. Ludington

CBM SERVICES, INC.
A Michigan Corporation,
EQUIFAX INFORMATION SERVICES, LLC,
a Georgia corporation, and
TRANS UNION, LLC,
a Delaware limited liability company,
    Defendants.

---

## NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Plaintiff and Defendant, Equifax Information Services, LLC, have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to Equifax Information Services, LLC, with prejudice, no later than October 12, 2015.

                                        Respectfully submitted,

                                        /s/ Gary Nitzkin
                                        GARY D. NITZKIN (P41155)
                                        Michigan Consumer Credit Lawyers
                                        Attorney for Plaintiff
                                        22142 West Nine Mile Road
                                        Southfield, MI 48033
                                        (248) 353-2882
                                        gary@micreditlawyer.com
September 11, 2015.

## **PROOF OF SERVICE**

I, Amber Gingiloski hereby state that on September 23, 2015, I served a copy of the within pleading upon all counsel of record via the ECF System.

_____
Amber Gingiloski